Kevon PRICE, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 77712

Missouri Court of Appeals, Western District.

ORDER FILED: December 30, 2014

Kevon Price, Norcross, GA, Appellant, pro se.

Bart A. Matanic, Jefferson City, MO, Attorney for Respondent.

Before Division II: Joseph M. Ellis, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

**Order**

Per Curiam:

Kevon Price appeals from the decision of the Labor and Industrial Relations Commission affirming the dismissal of Mr. Price's appeal due to his failure to show good cause to excuse his failure to participate in his telephone conference hearing before the Appeals Tribunal at the scheduled time. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The Commission's decision is affirmed. Rule 84.16(b).